UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TAMARA N. HINDS, et al.,

        Plaintiffs,

        -against-

THE CITY OF NEW YORK,

        Defendant.
-----------------------------------------------------------x

23-CV-0889 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this matter on May 9, 2023. Pursuant to rulings made on the record at the status conference, the parties shall meet and confer and file a joint status letter by **May 26, 2023**, proposing dates for a Pre-Settlement Conference Call with the Court sometime in June. The parties shall also propound discovery in aid of settlement by May 25, 2023.

**SO ORDERED.**

Dated: May 9, 2023
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge