

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX** | **LAW DEPARTMENT** | **LAUREN F. SILVER** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | Assistant Corporation Counsel<br>Phone: (212) 356-2507<br>E-mail: lasilver@law.nyc.gov<br>*E-mail and Fax Not For Service* |

June 13, 2023

**By ECF**
Honorable Ona T. Wang
United States District Magistrate Judge
Southern District of New York
50 Pearl Street
New York, New York 10007

**MEMO ENDORSED.**

      Re:    *Tamara Hinds, Lisa Blango, Sheila Williams, et al. v. New York City*
              1:23-cv-000889 (RA) (OTW)
              Our No. 2023-012360

Dear Judge Wang:

        I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for New York City ("Defendant"). I write to respectfully request an adjournment of the telephone pre-settlement conference scheduled for Wednesday, June 20, 2023 at 3:30PM (Dkt. 35), in connection with this matter. This is the first request for adjournment, and the Plaintiffs consent to this request.

        On May 25, 2023, Plaintiff sent Defendant the final list of opt-in Plaintiffs. On that same day, Defendant forwarded this information to its Office of Payroll Administration. On June 1, 2023, Defendant received and then provided that payroll data to Plaintiffs. Defendant has been diligently working on obtaining the Citytime payroll data that is necessary for Plaintiffs to prepare a Settlement Demand, but was informed that the data would not be available until June 19, 2023. Thus, an adjournment of the conference is necessary in order to give the Parties' respective experts enough time to look over the data once it is received. The Parties are available on July 13, 14, 19, 27 or 28, if any of those dates are amenable to the Court.

        We thank the Court for its attention in this matter.

Respectfully Submitted,

*s/ Lauren F. Silver*

Lauren F. Silver
Assistant Corporation Counsel

cc: Counsel of Record (By ECF)

Application **GRANTED**. The Pre-Settlement Conference Call previously scheduled for June 20, 2023 at 3:30 p.m. is hereby adjourned to **Thursday, July 27, 2023, at 11:00 a.m.** The dial in information is (866) 3901828, access code 1582687.

**SO ORDERED.**

_____
Ona T. Wang                 6/14/23
U.S.M.J.