UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TAMARA N. HINDS, et al.,

                Plaintiffs,

                -against-

THE CITY OF NEW YORK,

                Defendant.

-------------------------------------------------------------x

23-CV-0889 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a pre-settlement conference call on Thursday, July 27, 2023. The Court will hold another pre-settlement conference call on **Wednesday, September 13, 2023 at 2:00 p.m.**

**SO ORDERED.**

Dated: July 27, 2023
        New York, New York

                          *s/ Ona T. Wang*
                          **Ona T. Wang**
                          United States Magistrate Judge