**JacksonLewis**

Jackson Lewis P.C.
666 Third Avenue
29th Floor
New York, NY 10017
(212) 545-4000 General
(212) 972-3213 Fax

jacksonlewis.com

DIRECT DIAL: (212) 545-4045
EMAIL ADDRESS: FELICE.EKELMAN@JACKSONLEWIS.COM

April 19, 2024

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New Yok
40 Foley Square
Courtroom 1506
New York, New York 10007

           Re:    **Hinds et al. v. City of New York**
                    **Case No.: 1:23-cv-00889-RA-OTW**

Dear Judge Abrams:

      We represent the Defendant in connection with the above-referenced case. We write pursuant to Rule 1(D) of Your Honor's Individual Rules and Procedures, and with the consent of Plaintiffs, to request an extension of the deadline to submit the settlement agreement for Court approval pursuant to *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015). The current deadline to submit the settlement agreement is April 19, 2024.  We request a seven (7) day extension of this deadline, through and including April 26, 2024. This is Defendant's first request for an extension.

      We thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                        JACKSON LEWIS P.C.

                                        *s/*Felice Ekelman
                                        Felice Ekelman

cc:    All counsel (via ECF)

                                        Application granted.

                                        SO ORDERED.

                                        _____

                                        Hon. Ronnie Abrams
                                        April 19, 2024