UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TAMARA N. HINDS, et al.,

                Plaintiffs,                          23-CV-0889 (OTW)

              -against-                         **ORDER**

THE CITY OF NEW YORK,

                Defendant.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

A hearing was held on June 5, 2024, at which I made a finding pursuant to *Cheeks v. Freeport Pancake House Inc.*, that the settlement agreement between the parties was fair and reasonable. 796 F.3d 199 (2d Cir. 2015). (*See* ECF 75, Tr. at 7:20–9:24; Docket, Minute Entry at June 5, 2024). Accordingly, this case is closed.

The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated: December 20, 2024
       New York, New York

                                          *s/ Ona T. Wang*
                                            **Ona T. Wang**
                                  United States Magistrate Judge